```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TEXAS
                         WACO   DIVISION
```

IN RE: MOSI A WINDER                          CASE NO. 01-62498-LK
       SONYA N WINDER
DEBTOR(S)                                     CHAPTER 13

            NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

   COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor(s) filed for relief under Chapter 13 on Sat Nov 03, 2001. The Court confirmed the Debtor's(s') plan on June 27, 2002    . The Debtor(s) completed payments under the plan on October 19, 2006  .

2. The Trustee has a balance on hand in this case in the amount of $ 1,228.69  which is owed to the Debtor(s) as a refund. The Trustee has attempted to locate the Debtor(s) but the Debtor's(s') whereabouts are unknown.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor(s) should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code, as the Debtor's(s') whereabouts are unknown.

4. The Trustee's check for $  1,228.69 , payable to the Clerk of the Court, is attached to this notice.

   FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all know names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Debtor(s) | Amount of Disbursement Check |
|---|---|
| MOSI A WINDER<br>SONYA N WINDER<br>5244-2 YEAKEL ST<br><br>FT HOOD TX 76544 | $  1,228.69 |

Dated: January 29, 2007                /s/RAY HENDREN
                                       Ray Hendren, Chapter 13 Trustee
                                       8310 CAPITAL OF TX HWY N, SUITE 475
                                       AUSTIN TX 78731
                                       (512) 474-6309

```
                      UNITED STATES BANKRUPTCY COURT
                  WESTERN DISTRICT OF TEXAS /  WACO  DIVISION

IN RE:
MOSI A WINDER                                     CASE NO.  01-62498-LK
SONYA N WINDER                                    CHAPTER 13

                         CERTIFICATE OF SERVICE
                         ---------------------

     I, RAY HENDREN, CHAPTER 13 TRUSTEE, CERTIFY THAT A TRUE AND CORRECT COPY OF
THE NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT WAS SERVED UPON THE FOLLOWING
PARTIES BY ELECTRONIC MEANS AS LISTED ON THE COURT'S ECF NOTICING SYSTEM OR BY
REGULAR MAIL ON January 29, 2007  .

------------------------------------------------------------------------------
MOSI A WINDER                           ED L LAUGHLIN
SONYA N WINDER                          1101 E CENTRAL TX EXPWY
5244-2 YEAKEL ST
                                         KILLEEN TX 76540
FT HOOD TX 76544
------------------------------------------------------------------------------
U.S. TRUSTEE
903 SAN JACINTO
SUITE 230
AUSTIN, TX 78701
------------------------------------------------------------------------------
THE RAMSEY LAW GROUP
PO BOX 201347

ARLINGTON TX 76006
------------------------------------------------------------------------------



                              SIGNED:  /s/RAY HENDREN
                                       RAY HENDREN, CHAPTER 13 TRUSTEE

fg316/bmf                         ON:  January 29, 2007
rev 8/05
```